ACCEPTED
03-15-00053-CR
4842890
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 12:12:20 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00053-CR

## IN THE COURT OF APPEALS

## THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 12:12:20 PM
JEFFREY D. KYLE
Clerk

**********************************************************

## CAUSE NO. 71,785

## IN THE 264TH JUDICIAL DISTRICT COURT OF

## BELL COUNTY, TEXAS

**********************************************************

KEVIN DUANE DRISDALE                    APPELLANT

VS.

THE STATE OF TEXAS                      APPELLEE

**********************************************************

## APPELLANT'S MOTION FOR EXTENSION

## OF TIME TO FILE BRIEF

COMES NOW Appellant, KEVIN DUAN DRISDALE, by and through his attorney of record, James H. Kreimeyer, and respectfully moves the Court to extend the time for filing the Appellant's Brief in this cause, and in support hereof would show the Court as follows:

**I.**

On December 8, 2014, Appellant entered a plea pursuant to a plea bargain with the prosecutor and approved by the Court, and the punishment assessed was twenty years (20) in the Texas Department of Criminal Justice, Institutional Division. The trial court's certificate of Appellant's Right to Appeal granted Appellant's appeal of the denial of the Motion to Suppress. The original notice of appeal filed on behalf of Appellant on January 5, 2015, did not address the right to appeal denial of a pre-trial motion.

**II.**

An Amended Notice of Appeal was filed on March 31, 2015, with the Third Court of Criminal Appeals in Austin. Appellant's Record is due for filing with this court on April 17, 2015. Appellant's Brief is due for filing with the Court of Appeals on March 27, 2015.

**III.**

Appellant's attorney would respectfully request an extension of time to file Appellant's brief due to the

late appointment on March 18, 2015 and Appellant's attorney filing a corrected Notice of Appeal delayed further filings of docketing statement, designations of records. Appellant's attorney was admitted to the emergency room of Scott & White Memorial Hospital on Wednesday, April 8, 2015, due to complications of heart medicine and released Thursday, April 9, 2015.

This Motion for Extension of Time is not filed for the purpose of delay, but so that the ends of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellant requests the Court to grant a forty five (45) day extension of time to file the brief herein until May 11, 2015.

Respectfully submitted,

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT
P.O. BOX 727
BELTON, TEXAS 76513
(254) 939-9393
(254) 939-2870 FAX
T.S.B. #11722000
jkreime@vvm.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was delivered to Henry Garza, District Attorney, Bell County Courthouse, Belton, Texas 76513, on the 10th day of April 2015.

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT